Robert J. GRODEN, Plaintiff–Counter
Defendant–Appellee,

v.

Jackie Diane ALLEN, et
al., Defendants,

Richard Brenton Tobias, Defendant–
Counter Claimant–Appellant.

No. 06–10021

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 29, 2007.

See also 192 Fed.Appx. 276.

Don Bradley Kizzia, Strasburger &
Price, Dallas, TX, for Plaintiff–Counter
Defendant–Appellee.

Richard Brenton Tobias, Arlington, TX,
pro se.

Before SMITH, WIENER, and OWEN,
Circuit Judges.

PER CURIAM: *

■ Richard Tobias, a sanctioned liti-
gant, requests permission to proceed *in
forma pauperis* on appeal of the denial of
fourteen postjudgment motions. Tobias's
motion and appeal are frivolous and with-
out arguable merit. *See Howard v. King,*
707 F.2d 215, 220 (5th Cir.1983). Accord-
ingly, the motion is DENIED.

■ This court previously sanctioned
Tobias for filing frivolous appeals and
warned him that the filing of repetitious or
frivolous actions would invite the imposi-
tion of additional sanctions. *See Tobias v.
Young,* No. 95–10577, 1996 WL 248977
(5th Cir. Apr. 11, 1996) (unpublished); *To-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*bias v. Brown,* No. 95–40379, 1995 WL 581557 (5th Cir. Aug.24, 1995) (unpublished); *Groden v. Allen,* 192 Fed.Appx. 276 (5th Cir.2006) (unpublished). Accordingly, we order Tobias to pay $500 in sanctions to the Clerk of this court.

Tobias is BARRED from filing in this court, or in any court subject to this court's jurisdiction, any appeal, motion, and/or pleading in connection with this case until the total amount of the sanction imposed is paid in full. Tobias is further BARRED from filing any *pro se, in forma pauperis,* civil appeal in this court, or any *pro se, in forma pauperis,* initial civil pleading in any court subject to this court's jurisdiction until the total amount of the sanction is paid in full.

Any submissions that do not show proof that the sanction has been paid will be neither addressed nor acknowledged. On proof that the sanction has been paid, Tobias is required to seek advance written permission of a judge of the forum court before filing any *pro se, in forma pauperis,* civil appeal, or any *pro se, in forma pauperis,* initial civil pleading.

The Clerk of this court and the Clerks of all federal district courts in this circuit are directed to return to Tobias, unfiled, any attempted submission inconsistent with this bar. Tobias is cautioned that any future frivolous or repetitive filings in this court or any court subject to this court's jurisdiction will subject him to additional sanctions.

PERMISSION DENIED; SANCTION IMPOSED.